UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IGNACIO HERNANDEZ,

                Plaintiff,

      -v-

NINOS 46 CORP. et al,

                Defendants.

18-CV-74 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (Dkt. No. 26.) The proposed settlement allocates $20,000 to Plaintiff Ignacio Hernandez in connection with his FLSA claims. (*Id.*) Approximately one-third of the settlement sum, $7,000, will be collected in attorney's fees. (*Id.* at 2.)

    The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

    To that end, the proposed settlement at Docket Number 26 is approved, and the case is hereby DISMISSED WITH PREJUDICE, without costs to any party against the other. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: July 11, 2018
       New York, New York

_____
J. PAUL OETKEN
United States District Judge